UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ERWIN GARNER,<br><br>    Petitioner,<br><br>    v.<br><br>W. J. SULLIVAN, Warden,<br><br>    Respondent. | Case No.: 1:20-cv-01403-NONE-JLT (HC)<br><br>ORDER CONSTRUING MOTION FOR EXTENSION OF TIME IN PART AS MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

On November 23, 2020, Respondent filed a motion for extension of time to file a response, in which Respondent notes that the proper respondent in this action is Brian Cates, the Acting Warden of California Correctional Institution, where Petitioner is currently held. (Doc. 9 at 1, n.1.) The Court will construe this as a motion to amend to name the proper respondent and grant the motion. Because it appears Brian Cates, Acting Warden, is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Brian Cates, Acting Warden.

IT IS SO ORDERED.

    Dated: **November 24, 2020**            **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE